MARGARET HEALEY *vs.* CORNELIUS O'SULLIVAN.

In an action for breach of promise of marriage, evidence is incompetent in defence to show a common rumor and report among the plaintiff's friends, after the commencement of her action, that she was engaged to be married to another man; although evidence has been introduced of a declaration then made by her that she was going to be married.

CONTRACT for breach of promise of marriage. At the trial in the superior court, before *Russell*, J., the defendant, for the purpose of showing that since the commencement of the action the plaintiff has received the attentions of another man, and entered into a contract of marriage with him, introduced evidence tending to show that, within that time, she had stated that she was going to be married, without mentioning to whom; and he then offered to prove that there was at that time a common rumor and report among her friends that she was engaged to be married to one Roach; but the evidence was rejected. The jury returned a verdict for the plaintiff, and the defendant alleged exceptions.

*W. P. Webster*, for the defendant.

*T. H. Sweetser*, for the plaintiff, was not called upon.

BY THE COURT. The evidence offered was hearsay, and does not come within any of the exceptions to the rule excluding such evidence. *Exceptions overruled.*